UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JERRY S. NEEDLEMAN,

                Plaintiff,

-against-

PRESIDENT JOE BIDEN, ET AL,

                Defendants.

23-CV-9699 (LTS)

CIVIL JUDGMENT

---

For the reasons stated in the January 8, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  January 8, 2024
         New York, New York

                                                /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                            Chief United States District Judge